STATE OF LOUISIANA, on the relation of PODESTA BAPTISTA et als., praying for a writ of certiorari, *v.* THE RECORDER OF THE SECOND DISTRICT OF NEW ORLEANS.

No *certiorari* can issue in cases where no appeal can be taken.

ON the relation of *Podesta Baptista et als.*, praying for a writ of *certiorari*. E. J. *Wenck*, for Relator.

VOORHIES, J. This is an application for a *certiorari* on behalf of three persons, who have been committed as vagrants to the City Work House for the space of thirty days.

The jurisdiction of the Recorder in this matter is of a criminal nature ; and is not subject to our revision, unless a fine exceeding three hundred dollars has been actually imposed. Const., Art. 62. The remedy by *certiorari* cannot, therefore, be of any service to the applicants, as there can be no appeal in this case.

Rule *nisi* discharged.